# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129344

CARL VENDITTELLI,
      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129344
AGC: 1706/05

_____/

      On order of the Court, the complaint for superintending control is considered. Relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

s1219